IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11405
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERIC RELIFORD,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-237-1-X
- - - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Eric Reliford has filed a brief

as required by Anders v. California, 386 U.S. 738 (1967), in this

appeal of a conviction and sentence imposed for bank robbery.

Our independent review of the brief and record discloses no

nonfrivolous issue.  Accordingly, counsel is excused from further

responsibilities herein and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.